| | |
|---|---|
| **BUCKS COUNTY SOLICITOR'S OFFICE** | Attorney for Defendant |
| BY:  MICHAEL A. KLIMPL, ESQUIRE | County of Bucks |
| Assistant County Solicitor | |
| Attorney I.D. 16116 | |
| Administration Building | |
| 55 East Court Street | |
| Doylestown, PA  18901 | |
| (215) 348-6464 | |

_____

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH MACCLEMMY, IV | : CIVIL ACTION NO.  02-CV-4024 |
|  | : |
| v. | : |
|  | : |
| COUNTY OF BUCKS, and | : |
| WARDEN J. ALLEN NESBITT | : |

To The Clerk of Court:

      Kindly enter the appearance of the Bucks County Solicitor's Office on behalf of defendants, County of Bucks, and J. Allen Nesbitt in the above-captioned matter.

                                    COUNTY OF BUCKS SOLICITORS OFFICE

                                    By: _____
                                            Michael A. Klimpl
                                            Assistant County Solicitor

Dated:  August 20, 2002