IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH MACCLEMMY, IV,<br>　　　Plaintiff, | :<br>:<br>: | CIVIL ACTION |
| v. | :<br>: | NO. 02-4024 |
| COUNTY OF BUCKS, et al.,<br>　　　Defendants. | :<br>: | |

### **O R D E R**

AND NOW, this     day of October, 2002, upon consideration of the Motion to Dismiss filed by Defendants County of Bucks and Warden J. Allen Nesbitt on August 27, 2002, and the Memorandum of Law filed in response by Plaintiff Ralph MacClemmy, IV on September 23, 2002, it is hereby ORDERED that the Motion to Dismiss is DENIED.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　Legrome D. Davis