IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH MACCLEMMY, IV, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-4024 |
| | : | |
| COUNTY OF BUCKS, et al., | : | |
| Defendants. | : | |

## SCHEDULING ORDER

AND NOW, this    day of January, 2003, following a conference with counsel for Plaintiff Ralph MacClemmy, IV, and for Defendants County of Bucks and J. Allen Nesbitt, and upon consideration of the representations of counsel, it is hereby ORDERED that all parties to this matter shall comply with the following firm deadlines:

1. Factual and expert discovery shall be completed by **October 7, 2003.**

2. Dispositive motions shall be filed by **October 28, 2003.**

3. Responses to dispositive motions shall be filed by **November 18, 2003.**

4. Following resolution of any dispositive motions, a pretrial conference shall be scheduled.

5. Upon joint request of the parties at any time, this matter shall be referred to the Honorable Diane M. Welsh, United States Magistrate Judge, for a settlement conference.

BY THE COURT:


Legrome D. Davis