IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Our file # 796-69184

RALPH MACCLEMMY, IV

vs.

TOWNSHIP OF BRISTOL, et al.

CIVIL ACTION NO. 02-4024

**DEFENDANTS, TOWNSHIP OF BRISTOL, POLICE OFFICER CHARLES BURNS, POLICE OFFICER EMILY EICHENSEHR, POLICE OFFICER JOHN DOE AND POLICE CHIEF TOM MILLS' REPLY TO CROSSCLAIM OF DEFENDANTS, COUNTY OF BUCKS AND WARDEN J. ALEN NESBITT**

1. Denied. Averments contained in this paragraph state conclusions of law to which no answer is required.

**WHEREFORE**, Defendants, Township of Bristol, Police Officer Charles Burns, Police Officer Emily Eichensehr, Police Officer John Doe and Police Chief Tom Mills aver that Co-Defendants, County of Bucks and Warden J. Allen Nesbitt are liable, jointly or severally liable, or liable over to Defendants, Township of Bristol, Police Officer Charles Burns, Police Officer Emily Eichensehr, Police Officer John Doe and Police Chief Tom Mills on any recovery obtained by Plaintiffs.

Respectfully submitted,

By: _____
Malissa R. Sill, Esquire (I.D. # 80173)
**MARKS, O'NEILL,
O'BRIEN & COURTNEY, P.C.**
1880 John F. Kennedy Boulevard
Suite 1200
Philadelphia, PA 19103
(215) 564-6688
**Attorney for Defendants,
Township of Bristol, Police Officer Charles Burns,
Police Officer Emily Eichensehr, Police Officer
John Doe and Police Chief Tom Mills**

PH046756.1

## VERIFICATION

I, **MALISSA R. SILL, ESQUIRE**, hereby state that I am the attorney for Defendants, Township of Bristol, Police Officer Charles Burns, Police Officer Emily Eichensehr, Police Officer John Doe and Police Chief Tom Mills;  that I have read the foregoing Defendants, Township of Bristol, Police Officer Charles Burns, Police Officer Emily Eichensehr, Police Officer John Doe and Police Chief Tom Mills' Reply to Crossclaim of Defendants, County of Bucks and Warden J. Alen Nesbitt; and, the averments set forth therein are true and correct to the best of my knowledge, information and belief.

Further, I understand that this Verification is made subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.


BY:_____
**MALISSA R. SILL, ESQUIRE**
Attorney for Defendants, Township of Bristol,
Police Officer Charles Burns,
Police Officer Emily Eichensehr, Police Officer John
Doe and Police Chief Tom Mills

**PH046756.1**