IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH MACCLEMMY, IV, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-4024 |
| | : | |
| COUNTY OF BUCKS, et al., | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this      day of July, 2003, upon consideration of the Motion for Sanctions filed by Defendant County of Bucks. filed on June 30, 2003 (**Docket Entry No. 19**), and pursuant to Rule 37 of the Federal Rules of Civil Procedure, and Rule 26.1(g) of the Local Rules of Civil Procedure, it is hereby ORDERED that the Motion is GRANTED.  It is further ORDERED that Plaintiff Ralph MacClemmy, IV shall serve upon counsel for Defendant County of Bucks full and complete answers to the Interrogatories served upon Plaintiff by County of Bucks on or about March 27, 2003.

BY THE COURT:

Legrome D. Davis