IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RALPH MACCLEMMY, IV** | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| **COUNTY OF BUCKS, and** | : | |
| **WARDEN J. ALLEN NESBITT, et al.** | : | NO. 02-CV-4024 |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a) it is hereby stipulated between the parties that this case, having been settled between the parties, is dismissed with prejudice.

_____     _____
**WITNESS**                                                  **BENSON I. GOLDBERGER, ESQUIRE**
                                                             **ATTORNEY FOR PLAINTIFF**

**DATED:**_____


_____     _____
**WITNESS**                                                  **MALISSA R. SILL, ESQUIRE**
                                                             **ATTORNEY FOR TOWNSHIP OF BRISTOL,**
                                                             **POLICE OFFICERS CHARLES BURNS and**
                                                             **EMILY EICHENSEHR and POLICE CHIEF**
                                                             **TOM MILLS**

**DATED:**_____


_____     _____
**WITNESS**                                                  **MICHAEL A. KLIMPL, ESQUIRE**
                                                             **ASSISTANT COUNTY SOLICITOR**
                                                             **ATTORNEY FOR COUNTY OF BUCKS and**
                                                             **WARDEN J. ALLEN NESBITT**

**DATE:**_____